NUMBER 13-01-454-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

EWALD I. SCHNEIDER AND MARVIN WINSTEAD , Appellants,



v.

WALTER BLAIR CHANDLER , Appellee.

____________________________________________________________________


On appeal from the 329th District Court

of Wharton County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Dorsey and Hinojosa 

Opinion Per Curiam



Appellants, EWALD I. SCHNEIDER AND MARVIN WINSTEAD , perfected an appeal from a judgment entered by the
329th District Court of Wharton County, Texas, in cause number 36,062 . After the record and appellants' brief were filed,
appellants filed a motion to dismiss the appeal. In the motion, appellants state that this case has been resolved and
appellants no longer wishes to prosecute this appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of January, 2002 .